IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:18-CR-37-001(CDL) |
| **QUENTIN JONES** | |

## ORDER

On May 8, 2025, the United States Probation Office filed a *Petition for Warrant or Summons for Offender Under Supervision* (ECF No. 35) alleging violations of the above-named individual's supervised release. A summons (ECF No. 36) was issued that same date. On May 15, 2025, Jones appeared before a U.S. Magistrate Judge for his Initial Appearance on the *Petition* and was released to appear at his next hearing. On May 21, 2025, he appeared for a Final Revocation Hearing before this Court and admitted the violations alleged in the *Petition*.

At the hearing, the Court made oral findings and issued an oral order as follows. The Court concluded, with Defendant and the Government's concurrence, that Defendant should be compelled to enter a residential in-patient substance abuse treatment program as approved by the Middle District U.S. Probation Office and that any ruling on the pending petition for revocation of supervised release would be held in abeyance as long as the Defendant successfully pursued and completed in-patient substance abuse treatment. The Court further found that in order to assure his presence at the treatment program and minimize the risk of flight, Defendant should be taken into custody at 12 Noon on May 22, 2025 and detained until he is admitted to the residential drug treatment program.

The Court understands that Defendant reported as ordered and was taken into custody by the U.S. Marshals Service on May 22, 2025. The Court further understands that Defendant is scheduled to be admitted to the in-patient substance abuse treatment program, Center of Hope, in Anniston, Alabama. on May 27, 2025. He is ordered to report to Center of Hope by 12:00 noon on that date. Furthermore, Jones shall remain in U.S. Marshals Service custody until May 27, 2025, at which time he shall be released at 9:00 a.m., from the United States Courthouse in Columbus, Georgia, for transport by family members to Center of Hope in Anniston, Alabama.

The Court anticipated that Defendant would remain in the in-patient program for a period of 12 months. However, if it is determined by the Middle District Probation Office in consultation with the treatment providers that he has successfully completed that program sooner than the expiration of 12 months, then his early release from treatment shall be authorized and not be a violation of his supervised release. Furthermore, if his term of supervised release terminates before he is expected to successfully complete the program, the Middle District Probation Office, prior to the expiration of his supervised release, shall notify the Court and provide a recommendation as to further action under those circumstances.

**SO ORDERED,** this 23rd day of May, 2025.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA